## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff/<br>        Respondent,<br><br>  vs.<br><br>WILLIAM HENRY LEE,<br><br>        Defendant/<br>        Movant. | No. CR-F-93-5147 OWW<br><br>ORDER DENYING MOVANT'S MOTION PURSUANT TO 18 U.S.C. § 3583(c)(2), (Doc. 420), AND DENYING MOVANT'S MOTION FOR ORDER TO SHOW CAUSE (Doc. 421) |

On March 9, 2007, Movant, William Henry Lee, proceeding *in pro per*, filed a motion pursuant to 18 U.S.C. § 3583(c)(2). Movant seeks an order resentencing him based on Amendment 599 to the Sentencing Guidelines.

The motion is DENIED. In the "Reason for Amendment" set forth by the United States Sentencing Commission, Amendment 599

> directs that no guideline weapon enhancement should be applied when determining the sentence for the crime of violence or drug trafficking offense underlying the 18 U.S.C.

1

> § 924(c) conviction, nor for any conduct with respect to that offense for which the defendant is accountable under § 1B1.3 (Relevant Conduct).  Guideline weapon enhancements may be applied, however, when determining the sentence for counts of conviction outside the scope of relevant conduct for the underlying offense (*e.g.*, a conviction for a second armed bank robbery for which no 18 U.S.C. § 924(c) conviction was obtained).

Here, Movant was not charged with or convicted of violating 18 U.S.C. § 924(c).  Therefore, Amendment 599 is inapplicable and does not provide a basis for resentencing.[1]

IT IS SO ORDERED.

**Dated:   June 4, 2007**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

---

[1] **Movant's motion for order to show cause is DENIED as moot.**