DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM HENRY LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>WILLIAM HENRY LEE,<br><br>        Defendant. | No. Cr. F 93-5147 OWW<br><br>**ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE** |

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on February 19, 2008.

On August 22, 1994, this Court sentenced Mr. Lee to a term of imprisonment of 360 months. The parties agree, and the Court finds, that Mr. Lee is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 42 to 40.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to 292 months;

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. Lee shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

IT IS SO ORDERED.

**Dated:   April 24, 2008**                     **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE

ORDER REDUCING SENTENCE
-2-