✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

Case 1:93-cr-05147-AWI   Document 426   Filed 04/29/08   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| WILLIAM HENRY LEE | ) | Case No: 1:93CR5147 |
|  | ) | USM No: 56167-097 |
| Date of Previous Judgment: 8/23/1994 | ) | David Porter, Asst. Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

   Upon motion of   X the defendant   ❐ the Director of the Bureau of Prisons   ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ❐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   360   months **is reduced to**   292 MONTHS   .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 42 | Amended Offense Level: | 40 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 360 to LIFE months | Amended Guideline Range: | 292 to 365 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X   The reduced sentence is within the amended guideline range.
❐   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❐   Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   8/23/1994   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   April 29, 2008                                           /s/ OLIVER W. WANGER
                                                                                                    Judge's signature

Effective Date:                                                              Oliver W. Wanger, U. S. District Judge
           (if different from order date)                                       Printed name and title